# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

REGINA KNOLTON,

        Plaintiff,                      CASE NUMBER: 06-CV-11628-DT

v.                                           HON. ROBERT H. CLELAND

INTERNAL REVENUE SERVICE,

        Defendant.
_____/

## ORDER OF DISMISSAL FOR LACK OF PROGRESS

Upon review of the pleadings as filed in this matter, and notice to counsel;

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e).

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: October 6, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 6, 2006, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522